# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HALL, JANET C. | 2. Court or Organization<br><br>U.S. District Court (D.CT) | 3. Date of Report<br><br>08/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>141 Church Street<br>New Haven, CT 06510 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Connecticut Bar Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 08/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 4/30/2014 | New York, NY | Attend annual Federal Bench/Bar Law Day Dinner | Meal |
| 2. | Federal Bar Council | 11/26/2014 | New York, NY | Attend annual Judiciary Thanksgiving Luncheon | Meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 08/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. Education/Sallie Mae | Student Loan | J |
| 2. | Citizens Bank | Line of Credit | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton Dragon Fund | D | Dividend | J | T | | | | | |
| 2. Templeton Global Small Cos Growth Fund | A | Dividend | | | Sold | 06/06/14 | K | B | |
| 3. Franklin Mutual Quest Fund (Note) | D | Dividend | N | T | Sold (part) | 06/06/14 | K | E | |
| 4. Strips-tprp Pmt on 10.625 2015 T/ Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 5. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | K | T | | | | | |
| 6. Vanguard Windsor II Fund | D | Dividend | M | T | Buy (add'l) | 4/7/2014 | J | | |
| 7. | | | | | Sold (part) | 12/16/14 | J | C | |
| 8. Mutual Discovery Fund CL2 | C | Dividend | L | T | | | | | |
| 9. ▮▮▮▮▮▮ P.C. (Note) | | None | M | W | | | | | |
| 10. Partnership Interest in Whitney-Humphrey Assc. (Note) | C | Distribution | L | W | | | | | |
| 11. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 12. AXA Equitable Life Ins. Co. (life policy) | A | Interest | K | T | | | | | |
| 13. Schwab US Treas Money Fund | A | Interest | K | T | | | | | |
| 14. Sound Shore Fund | E | Dividend | N | T | | | | | |
| 15. Westport Select Cap.CL.R | G | Dividend | O | T | | | | | |
| 16. Schwab Value Advantage Money Fund | A | Interest | J | T | | | | | |
| 17. Citizens Bank | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Artisan Int'l Small Cap (Note) | E | Dividend | M | T | Sold (part) | 06/06/14 | L | F | |
| 19. Calamos Growth Fund - A | | None | | | Sold | 02/07/14 | L | A | |
| 20. Third Ave. Real Est. Value Fund | C | Dividend | K | T | Buy (add'l) | 06/06/14 | J | | |
| 21. Third Ave. International Value Fund | E | Dividend | K | T | | | | | |
| 22. T. Rowe Price MidCap Growth | A | Dividend | J | T | | | | | |
| 23. T. Rowe Price Cap.App.Fund | E | Dividend | M | T | Sold (part) | 12/16/14 | J | C | |
| 24. Marsico Growth Fund | E | Dividend | N | T | Buy (add'l) | 06/06/14 | J | | |
| 25. iShare MSCI Canada Index Fund | A | Dividend | J | T | | | | | |
| 26. Fidelity Cash Acct. | A | Interest | J | T | | | | | |
| 27. Schwab Bank | A | Interest | K | T | | | | | |
| 28. Davis NT Venture Fd - A | E | Dividend | N | T | | | | | |
| 29. Artisan Mid-Cap Value FD | E | Dividend | M | T | | | | | |
| 30. Dodge & Cox Int'l. Stock | D | Dividend | N | T | Buy (add'l) | 06/06/14 | M | | |
| 31. Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 32. Wells Fargo Advantage Value Fund | E | Dividend | M | T | Sold (part) | 12/06/14 | J | A | |
| 33. Storage Inn Ltd. | E | Dividend | L | W | | | | | |
| 34. Arcadia Wind Farms Energies Ltd | | None | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares INC MSCI Growth Fund | A | Dividend | J | T | | | | | |
| 36. T. Rowe Price Group A | A | Dividend | J | T | | | | | |
| 37. Marsico Focus Fund | C | Dividend | M | T | | | | | |
| 38. Fairholme Fund | D | Dividend | L | T | | | | | |
| 39. Intrepid Small Cap Fund | C | Dividend | L | T | | | | | |
| 40. Schwab S&P 500 Index Fund | B | Dividend | L | T | | | | | |
| 41. Schwab ETFS - US Large Cap ETF | A | Dividend | J | T | | | | | |
| 42. iShares TR Russell 3000 | D | Dividend | M | T | Buy (add'l) | 04/07/14 | J | | |
| 43. Schwab Total Stock Market | B | Dividend | L | T | | | | | |
| 44. Philips 66 | A | Dividend | K | T | | | | | |
| 45. Greenspring Fund | B | Dividend | K | T | | | | | |
| 46. Nicholas II Fund | D | Dividend | L | T | Buy (add'l) | 04/07/14 | J | | |
| 47. Nicholas Ltd Edition Fund | D | Dividend | L | T | | | | | |
| 48. Vanguard Russell 2000 Growth Index Fund | A | Dividend | K | T | | | | | |
| 49. Vanguard Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 50. Vanguard REIT ETF | A | Dividend | J | T | Sold (part) | 02/06/14 | J | B | |
| 51. Vanguard Russell 3000 Index Fund | A | Dividend | K | T | Buy (add'l) | 04/07/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Emerging Markets | A | Dividend | K | T | | | | | |
| 53. CMG Focus Fund | | None | L | T | | | | | |
| 54. CMG Realty Fund | C | Dividend | K | T | | | | | |
| 55. Schwab Advantage Cash Reserve Premium | A | Dividend | J | T | | | | | |
| 56. Royce Value Fund | E | Dividend | M | T | | | | | |
| 57. TR Price Growth Fund | E | Dividend | M | T | | | | | |
| 58. Vanguard Small Cap Fund | A | Dividend | J | T | | | | | |
| 59. Thornberg Int'l Value Fund | D | Dividend | L | T | | | | | |
| 60. Oakmark Fund | D | Dividend | M | T | Buy (add'l) | 06/06/14 | K | | |
| 61. iShares TR Russell 1000 Growth Index Fund | A | Dividend | L | T | | | | | |
| 62. iShares TR Russell 2000 Growth Index Fund | A | Dividend | J | T | | | | | |
| 63. Schwab US MidCap ETF | A | Dividend | L | T | | | | | |
| 64. Vanguard Total Stock Market | A | Dividend | K | T | Buy (add'l) | 04/07/14 | J | | |
| 65. Harbor Cap Appreciation | C | Dividend | L | T | Buy | 02/10/14 | L | | |
| 66. iShares S&P 500 Growth (Note) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 08/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Lines 3, 18:  The gain reported is the total proceeds because the security was purchased a while ago and I do not have the records of purchase price.

Line 9:  Sub-chapter S corporation.
Line 9:  The name of the PC should have been reported on prior reports.  This will serve as an amendment to all such prior reports (1997-2013).

Line 10:  The value was based on a 2012 appraisal, but is higher than the appraised value.

Line 66:  This should have been reported in 2012 & 2013.  Bought 9/27/12 - Value J.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANET C. HALL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544